JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE FIGUEROA,

Plaintiff,

v.

KEOLIS TRANSIT AMERICA, INC., *et al.*,

Defendants.

Case No. 2:25-cv-11225-FLA (AGRx)

**ORDER APPROVING STIPULATION TO REMAND ACTION [DKT. 13]**

On December 22, 2025, the parties filed a stipulation to remand this action to Los Angeles County Superior Court ("Stipulation"). Dkt. 13.

The court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. This action is REMANDED to Los Angeles County Superior Court, case number 25VECV06023; and
2. Each party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of this action pursuant to the Stipulation and this Order.

IT IS SO ORDERED.

Dated: December 23, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge